[No. 27567-1-III.   Division Three.   December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY CHARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04610-1, Gregory D. Sypolt, J., entered October 10, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 27841-7-III.   Division Three.   December 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DARLENE LORRAYNE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00146-0, Robert G. Swisher, J., entered December 19, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.

[No. 27097-1-III.   Division Three.   December 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LUIS SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-02604-2, Ruth E. Reukauf, J., entered April 11, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.

[No. 27098-0-III.   Division Three.   December 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LUIS SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-02264-1, Ruth E. Reukauf, J., entered April 11, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ.